# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual, AND ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation <br> *Plaintiff(s)* <br> v. <br> PRESTIGE ROYAL LIQUORS, CORP., a New York corporation, GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual, FUSION GLASSWORKS, LLC, a Florida corporation AND PRIVATE LABEL DISTILLERY, LLC; a Colorado corporation and DOES 1 through 10, inclusive. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Gabriel Sezanayev - 45-57 157 Street, Flushing, NY 11355
   Prestige Royal Liquors - 45-57 157 Street, Flushing, NY 11355 and 54-56 Myrtle Avenue, Ridgewood, NY 11385
   Fusion Glassworks LLC - 1322 SE 17th St., Ft. Lauderdale, FL 33316, 1251 Buchanan St., Hollywood, FL 33019
   Private Label Distillery - 16730 E. 2nd Ave., Aurora, CO 80011 (Registered Agent - 1660 Lincoln Street, Suite 1700, Denver, CO 80264

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James M. Mulcahy (SBN 213547)
Kevin A. Adams (SBN 239171)
Mulcahy LLP
4 Park Plaza, Suite 1230
Irvine, CA 92614

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*