**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation,<br><br>                Plaintiffs,<br>  v.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC, a Florida corporation; and PRIVATE LABEL DISTILLERY, LLC, a Colorado corporation; and DOES 1 through 10, inclusive.<br><br>                Defendants. | Case No. 16-cv-02392-HSG<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS [D.E. 28 through 31]**<br><br>Complaint Served: May 10, 2016<br>Trial Date: None Set |

      Pursuant to the July 13, 2016 Joint Stipulation Re: Briefing Schedule on Defendants' Motion to Dismiss [D.E. 28 through 31] filed by Plaintiffs Elliott Gillespie and Rockwood Spirits International (collectively, "Plaintiffs"), on the one hand, and Defendants Prestige Royal Liquors, Corp. and Gabriel Sezanayev

(collectively, "Defendants"), on the other hand, the Court sets the following briefing schedule on Defendants' Motion to Dismiss, consisting of Court Docket Entries 28 through 31, as follows:

1. Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before August 4, 2016;
2. Defendants shall file any reply brief in support of their Motion to Dismiss on or before August 11, 2016; and
3. The hearing on Defendants' Motion to Dismiss will remain on Thursday, September 1, 2016 at 2:00 p.m., or another date and time set by the Court.
4. The case management conference previously scheduled for August 16, 2016 is vacated.

IT IS SO ORDERED.

Dated:  July 15, 2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge