UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation,<br><br>Plaintiffs,<br>v.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC, a Florida corporation; and PRIVATE LABEL DISTILLERY, LLC, a Colorado corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 16-cv-02392-HSG<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date: Not Set For Hearing<br>Time: Not Set For Hearing<br>Courtroom: Not Set for Hearing |

On July 18, 2016, Plaintiffs Elliott Gillespie and Rockwood Spirits International ("Plaintiffs") and Defendants Private Label Distillery, LLC and Fusion Glassworks, LLC (collectively, "Defendants") filed with this Court a stipulation to extend the time for Private Label Distillery and Fusion Glassworks to answer the Complaint or to otherwise plead.

Having reviewed and considered the stipulation, the pleadings and files in this case, the Court rules as follows:

The parties have shown good cause for the requested extension of time. Therefore, the Court GRANTS the parties' request and the new deadline for Defendants Private Label Distillery and Fusion Glassworks to answer the Complaint or to otherwise plead as permitted under the Federal Rules of Civil Procedure is August 12, 2016.

IT IS SO ORDERED.

Dated: July __19__, 2016

*/s/ Haywood S. Gilliam, Jr.*
United States District Judge