Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT GILLESPIE, an individual;
ROCKWOOD SPIRITS a Canadian co.

    Plaintiff(s),

v.

PRESTIGE ROYAL LIQUORS, CORP.,
a New York Corporation et al.

    Defendant(s).

Case No: 3:16-cv-02392-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, URSULA B. DAY, an active member in good standing of the bar of the State of NEW YOK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the defendants in the above-entitled action. My local co-counsel in this case is Charles Thoeming, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 708 Third Avenue, Suite 1501<br>New York, NY 10017 | Golden Gate Legal Centre<br>3443 Golden Gate Way, Ste H |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 904-1815 | (925) 385-7190 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| patentlaw@ursuladay.net | cthoeming@ascendantip.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: UD6013.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/13/16

                URSULA B. DAY
                APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of URSULA B. DAY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/19/2016

                *Haywood S. Gilliam Jr.*
                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Ursula B. Day (applying for admission *pro hac vice*)
patentlaw@ursuladay.net
Stefan Knirr (applying for admission *pro hac vice*)
Law firm of Ursula B. Day
708 Third Avenue, Suite 1501
New York, NY, 10017
212.904.1815
212.244.2233 Fax

Charles L. Thoeming (California Bar No. 153504)
cthoeming@ascendantip.com
ASCENDANT IP℠
Golden Gate Legal Centre
3443 Golden Gate Way, Ste. H
Lafayette, CA 94549
925.385.7190
855.312.4463 Fax

ATTORNEYS FOR DEFENDANTS
PRESTIGE ROYAL LIQUORS, CORP. and
GABRIEL SEZANAYEV

## DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation<br><br>Plaintiffs,<br>vs.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York Corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC a Florida corporation, and PRIVATE LABEL DISTILLERY, LLC a Colorado corporation; and DOES 1 through 10, inclusive<br><br>Defendants | Civil Case No.: 3:16-cv-02392HSG<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE OF URSULA B. DAY, COUNSEL FOR DEFENDANTS GABRIEL SEZANAYEV AND PRESTIGE ROYAL LIQUOR** |

//
//

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## URSULA B. DAY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 3, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 8, 2016

*Clerk of the Court*

1806

State of New York  }
                        } ss
County of New York }

Ursula B. Day being duly sworn, alleges and states the following oath:

**(1)** That she is an active member in good standing of the bar of the State of New York as evidenced by the Certificate of Good Standing submitted herewith;

**(2)** That she agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, of the Local Rules of the Northern District of California and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.;

**(3)** That Charles Thoeming (California Bar No. 153504), who is a member of the bar of this Court in good standing and who maintains an office within the State of California, at ASCENDANT IP Golden Gate Legal Centre 3443 Golden Gate Way, Ste. H Lafayette, CA 94549 925.385.7190 is designated as our local co-counsel.

Dated: July 13, 2016

Ursula B. Day

Sworn to before me on
July 13, 2016

CAROL LILIENFELD
Notary Public State of New York
No. 31-7552630
Qualified in New York County
Term Expires: March 30, 2018