Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS a Canadian co.

  Plaintiff(s),

v.

PRESTIGE ROYAL LIQUORS, CORP., a New York Corporation et al.

  Defendant(s).

Case No: 3:16-cv-02392-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, STEFAN KNIRR, an active member in good standing of the bar of the State of NEW YORK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the defendants in the above-entitled action. My local co-counsel in this case is Charles Thoeming, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 708 Third Avenue, Suite 1501<br>New York, NY 10017 | Golden Gate Legal Centre<br>3443 Golden Gate Way, Ste H |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 904-1815 | (925) 385-7190 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| patentlaw@ursuladay.net | cthoeming@ascendantip.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4302642.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/20/16

STEFAN KNIRR
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of STEFAN KNIRR is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/20/2016

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Stefan Knirr** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27 th day of **April 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on July 13, 2016.

_Aprilanne Agostino_

Clerk of the Court

State of New York }
                  } ss
County of New York }

Stefan Knirr being duly sworn, alleges and states the following oath:

**(1)** That he is an active member in good standing of the bar of the State of New York as evidenced by the Certificate of Good Standing submitted herewith;

**(2)** That he agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, of the Local Rules of the Northern District of California and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.;

**(3)** That Charles Thoeming (California Bar No. 153504), who is a member of the bar of this Court in good standing and who maintains an office within the State of California, at ASCENDANT IP Golden Gate Legal Centre 3443 Golden Gate Way, Ste. H Lafayette, CA 94549 925.385.7190 is designated as our local co-counsel.

Dated: 7/19/2016

Sworn to before me on 7/19/2016

CAROL LILIENFELD
Notary Public State of New York
No. 31-7952630
Qualified in New York County
Term Expires: March 30, 2018

Stefan Knirr