**MULCAHY LLP**
James M. Mulcahy (SBN 213547)
jmulcahy@mulcahyllp.com
Kevin A. Adams (SBN 239171)
kadams@mulcahyllp.com
Four Park Plaza, Suite 1230
Irvine, California 92614
Telephone:  (949) 252-9377
Facsimile:  (949) 252-0090

**MAYBACK & HOFFMAN, P.A.**
Catherine F. Hoffman (Florida Bar No. 828459)
choffman@mayback.com
5846 S. Flamingo Rd. #232
Ft. Lauderdale, FL 33330
Telephone:  (954) 704-1599
Facsimile:  (954) 704-1588
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT GILLESPIE AND ROCKWOOD SPIRITS INTERNATIONAL,<br><br>         Plaintiffs,<br>    v.<br><br>PRESTIGE ROYAL LIQUORS, CORP., GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, et al.<br>         Defendants. | Case No. 3:16-cv-02392-JSC<br>*Hon.  Haywood S. Gilliam, Jr.*<br><br>DECLARATION OF CATHERINE F. HOFFMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PRESITGE ROYAL LIQUORS AND GABRIEL SEZANAYEV'S RULE 12(b)2 AND (3) MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE |

# DECLARATION OF CATHERINE F. HOFFMAN

I, Catherine F. Hoffman, declare as follows:

1. I am over the age of eighteen and have first-hand knowledge of the facts stated herein. I am admitted to practice in the State of Florida, the United States Supreme Court, and the U.S. District Courts for the Northern, Southern and Middle Districts of Florida.

2. I am admitted pro hac vice to this Court in connection with the above captioned case. I make this declaration on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Facebook page for the 3 Kilos Vodka which is associated with www.3kilos.com. On the entry for July 26, 2016 of Exhibit 1, page 1, there is an entry reflecting the winner of the contest for the 3 Kilos Vodka who was a consumer from California. The California consumer was receiving the 3 Kilos Vodka bottle. Page 19 of this Exhibit shows that Defendants are launching nationwide and directed a California consumer to purchase the 3 Kilos Vodka directly from LWWarehouse.com, a NY Liquor store. Page 26 shows that Defendants have consumers on the West Coast who are promoting the 3 Kilos Vodka bottle.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a page from the 3 Kilos Vodka Instagram site where a consumer from California was told that a shipment of the product was coming in soon and that the product would be sent directly to the consumer in California.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a page from the 3 Kilos Vodka Instagram site where a consumer from "OC/Hollywood/San Diego/Vegas" was told that a shipment of the product was coming inquiring about the product. "OC" is known to be Orange County, California.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a page from the 3 Kilos Vodka Instagram site where a consumer from California is pictured as a "satisfied customer."

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of pages from Remedy Liquor's Facebook and website page advertising and offering for sale the 3 Kilos Vodka. Remedy Liquor is located in Glendale, California.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of pages from Mission Wine and Spirits website page advertising and offering for sale the 3 Kilos Vodka. Mission Wine and Spirits has at least four locations in California as shown on the last page of the Exhibit listing where to buy the product.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of pages from High Time Wine Store website page advertising and offering for sale the 3 Kilos Vodka. High Time Wine has a store in California and is advertising and selling the product.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of pages from the website of Liquor and Wine Warehouse located in New York which is advertising and advertising and offering for sale the 3 Kilos Vodka and shipping to area codes in Northern California. The 3 Kilos Vodka Facebook page advertises Liquor and Wine Warehouse as the place to purchase the product online and at the store. See page 19, 28, 31 of Exhibit 1. Page 19 of Exhibit 1 shows that a California consumer was specifically directed to the LWWarehouse.com website for Liquor and Wine Warehouse to purchase the 3 Kilos Vodka online.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of pages from the Facebook account of Defendant Gabriel Sezanayev's showing advertisement and promotion of the 3 Kilos Vodka and links to the 3 Kilos Vodka Facebook page.

1   12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of pages from the website www.wine-searcher.com which shows the 3 Kilos Vodka available to purchase in California from three different merchants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 3rd day of August 2016.

*/s/ Catherine F. Hoffman*
Catherine F. Hoffman