LAW FIRM OF URSULA B. DAY
Ursula B. Day (*pro hac vice* admitted)
patentlaw@ursuladay.net
Stefan Knirr (*pro hac vice* admitted)
708 Third Avenue, Suite 1501
New York, NY, 10017
212.904.1815
212.244.2233 Fax

ASCENDANT IP℠
Charles L. Thoeming (California Bar No. 153504)
cthoeming@ascendantip.com
Golden Gate Legal Centre
3443 Golden Gate Way, Ste. H
Lafayette, CA 94549
925.385.7190
855.312.4463 Fax

*Attorneys for Defendants, Prestige Royal Liquors, Corp. and Gabriel Sezanayev*

# DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation<br><br>Plaintiffs,<br>vs.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York Corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC a Florida corporation, and PRIVATE LABEL DISTILLERY, LLC a Colorado corporation; and DOES 1 through 10, inclusive<br><br>Defendants | **Civil Case No.: 3:16-cv-02392-HSG**<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFEDANTS TO FILE A REPLY BRIEF**<br><br>Date Set For Hearing; Sept. 1, 2016<br>Time Set For Hearing: 2:00pm<br>Courtroom: 10 |

Defendants Prestige Royal Liquors, Corp. and Gabriel Sezanayev (collectively "Defendants") and Plaintiffs Elliott Gillespie and Rockwood Spirits International ("Plaintiffs") Stipulation to extend time for Defendants for filing a Reply Brief to Plaintiffs' Response to Defendants' Motion to Dismiss that was filed by Plaintiffs with this court on August 4, 2016.

Having reviewed and considered the stipulation, the pleadings and files in this case, the Court rules as follows:

The parties have shown good cause for the requested extension of time. Therefore, the Court GRANTS the parties' request and the new deadline for Defendants Prestige Royal Liquors, Corp. and Gabriel Sezanayev to file a Brief in reply to Plaintiffs' Response to Defendants' Motion to Dismiss is August 16, 2016.

IT IS SO ORDERED.

DATED: August 11, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge