United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT GILLESPIE, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>PRESTIGE ROYAL LIQUORS CORP., et al.,<br><br>    Defendants. | Case No.  16-cv-02392-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 51 |

On October 3, 2016, the Court issued an order denying without prejudice Defendant's motion to dismiss for lack of personal jurisdiction and improper venue. *See* Dkt. No. 51. The Court granted jurisdictional discovery and instructed the parties to submit a joint stipulation and proposed order detailing the scope and length of jurisdictional discovery within 14 days of the order. *See id.* at 9. The time to file a joint stipulation and proposed order has passed, and the parties have failed to submit a stipulation.

Accordingly, the parties are ORDERED to show cause why they did not file a stipulation regarding jurisdictional discovery by the Court's deadline. By October 25, 2016, the parties must either (1) file their joint stipulation and proposed order regarding jurisdictional discovery or (2) file a joint statement of no more than two pages explaining the status of this action.

**IT IS SO ORDERED.**

Dated:  October 19, 2016

                                                HAYWOOD S. GILLIAM, JR.
                                              United States District Judge