DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation<br><br>Plaintiffs,<br>vs.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York Corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC a Florida corporation, and PRIVATE LABEL DISTILLERY, LLC a Colorado corporation; and DOES 1 through 10, inclusive<br><br>Defendants | Civil Case No.: 3:16-cv-02392-HSG<br><br>ORDER GRANTING DEFENDANTS' LEAD COUNSEL REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |

Defendants Prestige Royal Liquors, Corp., and Gabriel Sezanayev have timely requested that this Court grant permission to lead Counsel Ursula B. Day to appear telephonically for the Case Management Conference scheduled for February 7, 2017 at 2:00 pm. in Courtroom 10, 19th Floor. Having found good cause for this request, the Court GRANTS Defendants' request.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: February 1, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge