1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation,<br><br>                    Plaintiffs,<br>     v.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York corporation; GABRIEL SEZANAYEV a/k/a Gavriyel Sezanayev, an individual; FUSION GLASSWORKS, LLC, a Florida corporation; and PRIVATE LABEL DISTILLERY, LLC, a Colorado corporation; and DOES 1 through 10, inclusive.<br><br>                    Defendants. | Case No. 16-cv-02392-HSG<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING PLAINTIFF TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Complaint Served:  May 10, 2016 |

Pursuant to Plaintiffs Elliott Gillespie and Rockwood Spirits International (collectively, "Plaintiffs") have timely requested to appear telephonically for the Case Management Conference scheduled for February 7, 2017 at 2:00 pm. in Courtroom 10, 19th Floor of the above-entitled Court.  Having found good cause for this request, the Court GRANTS Plaintiffs

-1-

request.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated:  February 1, 2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge