# DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ELLIOTT GILLESPIE, an individual; ROCKWOOD SPIRITS INTERNATIONAL, a Canadian corporation<br><br>Plaintiffs,<br><br>vs.<br><br>PRESTIGE ROYAL LIQUORS, CORP., a New York Corporation; GABRIEL SEZANAYEV, an individual;<br><br>Defendants | Civil Case No.: 4:16-cv-02392-HSG(EDL)<br><br>**ORDER DENYING DEFENDANTS' SECOND ADMINISTRATIVE MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7-11**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

The Court has reviewed Defendants' Second Administrative Motion for Leave to File a Notice of Supplemental Authority Pursuant to Local Rule 7-11 (Motion). After consideration of the Motion, and the papers submitted in support of the Motion, the Court finds that a notice of supplemental authority is not warranted.

Accordingly, Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Authority Pursuant to Local Rule 7-11 is **DENIED**.

IT IS SO ORDERED.

Dated: June 28, 2017

Haywood S. Gilliam, Jr.
U.S. District Court Judge